

UNITED STATES COURT OF APPEAL

DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,
        Appellee

             -vs-

WILLIE FEARS, JR,
        Appellant

Appeal from Judgment in the
United States District Court
for the District of Columbia,
Docket No. CR-02-379-02

**FILED**

**DEC 14 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### APPELLANT'S APPLICATION FOR CERTIFICATE OF APPEALABILITY

COMES NOW the Appellant, Willie in propria persona, respectfully move him a Certificate of Appealability, pu that he may obtain review of the illeg_____ imposed upon him in Case No. CR-02-379-02, before the United States District Court Judge John D. Bates, for the District of Columbia.

CASE NUMBER 1:06CV00086
JUDGE: John D. Bates
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 01/17/2006

#### Certificate of Appealability

To be entitled to a Certificate of Appealability, the Appellant must make a substantial showing of the denial of a Constitutional right.

#### Issues on Appeal

I.  Whether Fears alleged prior convictions were elements of the offense that were required to be charged in the indictment