UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIE FEARS, JR.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Civil Action No. 06-0086 (JDB) |

## ORDER

Upon consideration of petitioner's untimely § 2255 motion, his motion to amend that initial § 2255 motion, the applicable law, the Court's recollection of the proceedings at issue, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion issued on this date, it is this twenty-fourth day of March, 2006, hereby

**ORDERED** that petitioner's motion is **DENIED**, and this action is accordingly **DISMISSED**.

     /s/   John D. Bates
         JOHN D. BATES
     United States District Judge

*Copies to:*

Willie R. Fears, Jr.
#10492-007
FCI
P.O. Box 1000
Cumberland, Maryland 21501-1000
    *Petitioner Pro Se*